**Randolph RISNER, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 2, 1955.

Rehearing Denied Feb. 10, 1956.

Tom P. Senff, Lewis A. White, Mt. Sterling, for appellant.

J. D. Buckman, Jr., Atty. Gen., Earle Powell, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from judgment of conviction of malicious shooting and wounding with intent to kill with a penalty of $500 fine and six months in jail.

The only ground upon which a reversal is sought is that the verdict is not sustained by the evidence. We find the evidence ample to sustain the conviction.

Motion for an appeal overruled and the judgment stands affirmed.